The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br> v.<br><br>SERGII DANYLCHENKO, an individual; and DOES 1-10, d/b/a "Amz-expert.pro",<br><br>    Defendants. | No. 2:24-cv-00824-JNW<br><br>[~~PROPOSED~~] **ORDER SETTING DEADLINE TO SERVE DEFENDANTS** |

THIS MATTER came before the Court on the Status Report submitted by Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (together, "Plaintiffs"). The Court has considered Plaintiffs' Status Report and ORDERS that Plaintiffs' deadline to file a motion for alternative service shall be September 30, 2024.

SO ORDERED this 27th day of August, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

[~~PROPOSED~~] ORDER SETTING DEADLINE
TO SERVE DEFENDANTS - 1
(2:24-cv-00824-JNW)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Presented by:

2  DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Plaintiffs*
3

   *s/ Scott Commerson*
4  Scott Commerson, WSBA #58085
   865 South Figueroa Street, Suite 2400
5  Los Angeles, CA 90017-2566
   Tel: (213) 633-6800
6  Fax: (213) 633-6899
   Email: scottcommerson@dwt.com
7
   Lauren Rainwater, WSBA #43625
8  920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1604
9  Tel: (206) 622-3150
   Fax: (206) 757-7700
10 Email: laurenrainwater@dwt.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[~~PROPOSED~~] ORDER SETTING DEADLINE
TO SERVE DEFENDANTS - 2
(2:24-cv-00824-JNW)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax