UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC. ET AL,<br><br>Plaintiff,<br><br>v.<br><br>DANYLCHENKO ET AL,<br><br>Defendant. | CASE NO. 2:24-cv-00824-JNW<br><br>ORDER REFERRING CASE TO MAGISTRATE JUDGE PURSUANT TO G.O. 03-23 |

This case is an Amazon Counterfeit Enforcement Action. *See* Dkt. No. 3; General Order 03-23 re: Amazon Counterfeit Enforcement Litigation (W.D. Wash. March 7, 2023). Amazon has filed a motion for alternative service on Defendants. Dkt. No. 14.

Pursuant to General Order 03-23 in the Western District of Washington, the Court refers this case to the United States Magistrate Judges designated to handle issues related to service in Amazon Counterfeit Enforcement cases. Consistent with General Order 03-23, the Clerk of the Court will distribute this referral to one of the designated Magistrate Judges.

ORDER - 1

After completion of service on all defendants or upon the determination by the designated Magistrate Judge that Amazon is unable or has failed to complete service on a defendant or defendants, the referral shall be terminated, and the matter shall be returned to this Court to complete the litigation or dismiss the action for lack of service.

Dated this 13th day of September, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 2